LENA MENDEL et al.; Respondents, v. EDWARD DART, Appellant.

APPEAL from a judgment of the Municipal Court of the city of New York, ninth district, borough of Manhattan.

D. F. Toumey, for appellant.

S. F. Hyman, for respondents.

*Per Curiam.* As the record does not show that the defendant was a resident of the city of New York, the jurisdictional facts do not appear, and the judgment must, accordingly, be reversed. Willis v. Parker, 30 Misc. Rep. 750.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment reversed and new trial ordered, with costs.